```
 1  JOHN W. BUSBY II
    ATTORNEY AT LAW, P.C.
 2  JOHN W. BUSBY II, SB# 83381
    ERIN SHEFFIELD SANCHEZ, SB# 238450
 3  251 Lafayette Circle Suite 350
    Lafayette, CA 94549
 4  Telephone:    (925) 299-9600
    Facsimile:    (925) 299-9608
 5
    Attorneys for Plaintiff
 6  GIRISH SOLANKI dba
    CIVIC CENTER MOTEL
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GIRISH SOLANKI dba CIVIC CENTER MOTEL,<br><br>    Plaintiff,<br><br>v.<br><br>THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, a Connecticut corporation; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: C 06 7004 SBA<br><br>**STIPULATION RE EXTENSION OF DEADLINE FOR PARTIES TO COMPLETE PRIVATE MEDIATION AND [PROPOSED] ORDER** |

**I.
STIPULATION RE EXTENSION OF DEADLINE FOR
PARTIES TO COMPLETE PRIVATE MEDIATION**

Plaintiff Girish Solanki dba Civic Center Motel ("Solanki") and defendant The Hartford Steam Boiler Inspection and Insurance Company ("HSB") stipulate as follows:

1. Private mediation is currently scheduled to take place at JAMS on May 22, 2007 before Ret. Judge Hanlon.

2. Due to business obligations, plaintiff's schedule has recently become unable to accommodate the mediation date of May 22, 2007, or any other date for a period

---
STIPULATION RE EXTENSION OF DEADLINE FOR PARTIES TO
COMPLETE PRIVATE MEDIATION AND [PROPOSED] ORDER

1      of time thereafter.

2    3.    This Court ordered, on March 1, 2007, that the parties complete private mediation by June 1, 2007.

4    4.    The parties agree and request that the deadline to complete private mediation should be extended to August 31, 2007.

Dated: April 30, 2007

JOHN W. BUSBY II
ATTORNEY AT LAW, P.C.

By: /s/ Erin Sheffield Sanchez
JOHN W. BUSBY II
ERIN SHEFFIELD SANCHEZ
Attorneys for Plaintiff
GIRISH SOLANKI dba
CIVIC CENTER MOTEL

Dated: April 30, 2007

BULLIVANT HOUSER BAILEY PC

By: /s/
ANDREW B. DOWNS
JONATHAN A. BRAUNSTEIN
Attorneys for Defendant
THE HARTFORD STEAM BOILER
INSPECTION AND INSURANCE COMPANY

## II.

## [PROPOSED] ORDER

The parties having stipulated and good cause appearing:

**IT IS HEREBY ORDERED** that the deadline to complete private mediation be extended to August 31, 2007.

DATED: 5/9/07            /s/ Saundra B. Armstrong
                                                 UNITED STATES DISTRICT COURT JUDGE